**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHARLES E. HARRIS, JR.,** | ) | |
| | ) | **Case No. 3:06-CV-02887** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Judge Ann Aldrich** |
| | ) | |
| **ROB JEFFRIES, Warden,** | ) | **Magistrate Judge** |
| | ) | **William H. Baughman, Jr.** |
| Respondent. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| | ) | |

In February, 2004, Charles E. Harris was convicted on three counts of trafficking in cocaine in violation of OHIO REV. CODE § 2925.03 (A)(1). In December, 2006, Harris filed the instant petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The petition was referred to Magistrate Judge Baughman for a report and recommendation ("R&R"), which was filed on September 17, 2007 [Docket No. 12]. Magistrate Judge Baughman recommended that Harris' petition be dismissed in part and denied in part.

Neither party has filed an objection to the R&R, waiving further review in this court of the R&R. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir.1995). Accordingly, this court adopts the well-reasoned and thorough R&R in its entirety, and for the reasons stated therein, dismisses Harris' petition based on the first and third grounds for relief and denies his petition for habeas corpus relief on his second ground.

Because the parties have failed to file objections, they have waived their rights to appellate review. *Miller*, 50 F.3d at 380. Therefore, this order is final, but not appealable.

IT IS SO ORDERED.

*/s/ Ann Aldrich*
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: November 6, 2007**